RECEIVED
NOV 0 7 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

_____ Division

Braze R. Rucker,
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Eddy Ferris, Tim nash, Chase Carter, Kathy wall,
Lt. Vulkan, Lt. klaus, Roger cooper
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Braze Rucker #138283
   All other names by which you have been known:
   ID Number:
   Current Institution: Putnuaam County Sheriffs office
   Address: 421 EAST Spring St.
   Cookeville   TN   38501
   City        State   Zip Code

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
      Name: Eddy Ferris
      Job or Title (if known): Putnam County Sherriff
      Shield Number:
      Employer: County of Putnam
      Address: 421 East Spring St.
      Cookeville   TN   38501
      City        State   Zip Code
      [✓] Individual capacity   [✓] Official capacity

   Defendant No. 2
      Name: Tim nash
      Job or Title (if known): Jail administrator
      Shield Number:
      Employer: Putnam county Sheriffs office
      Address: 421 East Spring St.
      Cookeville   TN   38501
      City        State   Zip Code
      [✓] Individual capacity   [✓] Official capacity

Defendant No. 3
    Name: Kathy Wall
    Job or Title (if known): PCSO Seargant
    Shield Number:
    Employer: Putnam County Sheriffs office
    Address: 421 East Spring St.
    City: Cookeville    State: TN    Zip Code: 38501
    [✓] Individual capacity    [✓] Official capacity

Defendant No. 4
    Name: Roger Cooper
    Job or Title (if known): Seargant
    Shield Number:
    Employer: PCSO
    Address: 421 East Spring St
    City: Cookeville    State: TN    Zip Code: 38501
    [ ] Individual capacity    [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

    [ ] Federal officials (a *Bivens* claim)

    [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

6th right to counsel rights
1st, 5th, 14th due process rights, 8th cruel and unusual punishment rights,

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

each defendant is either employed at PCSO oR held responsible, by law, for the treatment of each defendant confined in PCSO

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

1. On July 23, 2024 Sgt. Kathy Wall Assaulted Plaintiff for a grievance in PCSO
2. On July 24-25 Plaintiff was placed in a cell with no water.
3. On July 28 Plaintiff was assaulted by Sgt. Carter at PCSO
4. On July 31 Plaintiff was subject to a illegal search and seizure.
5. On July 31 C.O. Ellis violated Plaintiffs right to counsel
6. From July 24, 2024 - Sept. 13, 2024 Plaintiff was forced to be on suicide pc without any form of notice, chance to challenge, or due process.
7. On Aug. 22, 2024 Plaintiffs Attorney withdrew from his case because of PCSO staff interference

8. On Sept. 25, 2024 to August 26, 2025 plaintiff was deliberately blocked from filing greivances.
9. On August 29, 2024 plaintiff told PCSO staff he has a allergy to beans.
10. On August 30, 2024 Lt. Vulkan forced plaintiff on a "bean only" diet prescription until December 25, 2024.
11. On October 21, 2024 PCSO Seargant Chase Carter Assaulted plaintiff in the pod day room.
12. On August 15, 2025 Tim Nash violated plaintiffs right to counsel terminating his visit and limiting his defenses resources.

More — Due process and eighth (cruel and unusual punishment)

1. Putnam County sheriffs office forces religion on it's inmates on a regular basis.

2. Putnam County sheriffs office Deny's inmates Free exercise to Participate in religious Activity.

3. PCSO manipulates "time in cell" standards and discriminates the difference amongs inmates in the same position.

4. PCSO inflicts punishment without form of due process.

5. Jail conditions are harsh and unreasonable:

- the matts are centermeters thick (not prison standard)
- inmates are only provided with one set of clothing
- inmates are not provided with deodrant or wash cloth or shampoo.
- inmates are confined in their cells up to 33 hours on regular basis.
- Sleeping medications are banned
- Jail cell lighting is on 24/7
- Medical care is denied, such as eye vision glasses and teeth cleaning.
- No outside recreation or sufficient sunlight.
- inmates live in pod ridden and cell ridden trash until following day.
- Inmates are banned from ordering books, magizines, etc.
- We have no access to the news or outside information.
- There is no sufficient law library (just a tablet)
- There is no chapel
- There isn't a computer room for inmates to access their USB for reviewing discovery.
- The prea complaints are ignored or hidden because there isn't any internal affairs.
- There is no appeal procedure to Grievances
- Administrative PC is used as a form of punishment

C. What date and approximate time did the events giving rise to your claim(s) occur?

From July 23, 2024 - Present

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

All of the defendents know what has occurred, I have written many grievances, there is endless camera/video footage availible. I have many witnesses that are still expiriencing the same type of treatment who will testify.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Depression, Anxiety, Suffering, sleep deprivation

Delayment of court proceedings

Choice of counsel withdrawing, who's interest were the same as mine

Extreme back pains
Heart pains

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want punitive damages in the amount of $50,000 from each individual for my pain and suffering and as punishment for their deliberate actions (vindictive) against me and neglect to my constitutional Rights. I want the courts to order PCSO to make changes to their jail administration operations to meet the requirements of constitutional standards

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Putnam County Sheriffs office

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[✓] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[ ] Yes

[ ] No

E. If you did file a grievance:

1. Where did you file the grievance?

   on the grievance system in the pod Kiosk and a Paper grievance.

2. What did you claim in your grievance?

   (until this very day the document shows "hidden" when you try to read it) The greivance System hides the complaint once it's submitted. I made many claims.

3. What was the result, if any?

   There was no result or response.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Because their is no Appeal process. They either respond or they dont. Their is no Due process for the grievance Procedure.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   From September 25, 2024 to July 2025 I was blocked from filing greviance on the Kiosk.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   I, and other inmates, inform PCSO staff all the time and ask to speak to a ranking official but are ignored and denied until we act out in extreme measures.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   We've contacted civil rights attorneys, but all of them are afraid of Putnam county.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11-3-2025

Signature of Plaintiff: Braze Rucker
Printed Name of Plaintiff: Braze Rucker
Prison Identification #: 138283
Prison Address: 421 EAST Spring St.
Cookeville, TN 38501

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code: _____
Telephone Number: _____
E-mail Address: _____

Braze Rucker 138283
Putnam County Jail
4506 Marlena Street, Unit 1
Bossier City, LA 71111



RECEIVED
NOV 0 7 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

United States District Court
for the Middle District of Tennessee
719 Church Street, Suite 1300
Nashville, TN 37203
(615) 736-5498